IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLINTON MATTHEW CORBEIL,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-293-GPM |
| | ) |
| **DARLENE A. VELTRI,** | ) |
| | ) |
| **Respondent.** | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

Two motions are pending in this action. First is Petitioner's motion to alter or amend judgment filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 7), which may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996); *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

In this motion, Petitioner raises two arguments. First, he argues that the Court was incorrect in denying his motion to amend, asserting that he did, in fact, submit a copy of his proposed amended petition with that motion. No such document was in the case file; however, a search of the file room discovered that proposed amended complaint, which had been misplaced in another case file. Unfortunately, clerical errors occasionally occur, and the Court regrets this oversight.

Second, Petitioner argues that the Court erred in finding that he *was* provided with a copy of the institution's rules when he first arrived at Greenville, despite his contention in the original petition that he did not receive that document. Exhibits attached to his Rule 59(e) motion provide

some support for this argument. Accordingly, Petitioner's Rule 59(e) motion is **GRANTED**. The judgment entered in this action (Doc. 6) is **VACATED**; the Clerk shall **REOPEN** this case.

Petitioner's second motion (Doc. 8) asks the Court to substitute Sarah Revell for Darlene Veltri as the Respondent in this action, as Revell is now the warden at the Federal Correctional Institution in Greenville, Illinois, where Petitioner is currently in custody. This motion is also **GRANTED**.

As a final matter, because the Court has now located Petitioner's amended habeas corpus petition that was submitted with his motion to amend, the Clerk is **DIRECTED** to file the amended petition.

**IT IS SO ORDERED.**

DATED: 10/25/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge