IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CLINTON CORBEIL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **04-293-GPM** |
| | ) | |
| **FREDRICK MENIFEE,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Upon consideration and for good cause shown, Petitioner's Motion to Substitute Party **(Doc. 26)** and Motion to Alter/Amend Case Caption **(Doc. 27)** are **GRANTED**.

Petitioner is now in the custody of Fredrick Menifee, warden of USP Pollock. Mr. Menifee is substituted as respondent pursuant to Fed.R.Civ.P. 25(d)(1).

**IT IS SO ORDERED.**

DATE: October 16, 2007.

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**